UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAI T. LE,

         Plaintiff,

  v.

HILTON HOTEL et al,

         Defendant.
                                    /

Case Number: CV09-4871 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hai T. Le
310 Orizaba Ave.
San Francisco, CA 94132

Dated: January 12, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk