UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAI T. LE,

    Plaintiff,

    v.

HILTON HOTEL, et al.,

    Defendants.
_____/

No. C 09-4871 PJH

**ORDER DISMISSING ACTION**

Plaintiff Hai T. Le filed the complaint in the above-entitled action on October 13, 2009, and also filed a request for leave to proceed in forma pauperis ("IFP"). On January 11, 2010, the court dismissed the complaint pursuant to 28 U.S.C. § 1915(e). The dismissal was with prejudice as to some of plaintiff's claims, and with leave to amend as to others.

The court set a deadline of February 16, 2010 for filing any amended complaint. As of that date, plaintiff had neither filed an amended complaint nor requested an extension of the deadline. Accordingly, the action is DISMISSED. The IFP request is GRANTED.

**IT IS SO ORDERED.**

Dated: February 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge